# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JOHN DAVID LYNN ALL OTHERS SIMILARLY SITUATED, | : No. 75 MAP 2024 |
| | : |
| | : Appeal from the order of the |
| Appellant | : Commonwealth Court at No. 168 |
| | : MD 2023 dated August 29, 2024 |
| | : |
| v. | : |
| | : |
| | : |
| THE PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : |
| | : |
| | : |
| Appellee | : |

## <u>ORDER</u>

**PER CURIAM**                                    **DECIDED:  July 22, 2025**

**AND NOW,** this 22nd day of July, 2025, the Commonwealth Court's Order is **AFFIRMED**.